## Case No. 10,172.

### NEWLIN v. GARWOOD.

#### DEBTOR AND CREDITOR.

Where one, all of whose property at a certain time amounted in value to about $4,500, entered into mercantile speculations to the extent of some $60,000, and made purchases on credit for that purpose, and about that time purchased real estate to the value of $2,500, which sum he withdrew from the $4,500, and in a few months afterwards conveyed the real estate in trust for his wife and children, after which he continued in business for several years, and then became a bankrupt, having never been free from debt at any time subsequent to the purchase of the real estate, *held*, that the assignee in bankruptcy was entitled to the real estate.

[Before KANE, District Judge. Cited in 1 Whart. Dig. 572, to the point as stated above. Nowhere reported; opinion not now accessible.]